1 David P. Matthews
TX No. 13206200
2 Jason C. Webster
TX No. 24033318
3 **MATTHEWS & ASSOCIATES**
2905 Sackett St.
4 Houston, TX 77098
(713) 522-5250
5 (713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-5733 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Javier Hernandez,<br><br>      Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Javier Hernandez, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010  MATTHEWS & ASSOCIATES

           By: _[signature]_
           David P. Matthews
           *Attorneys for Plaintiffs*

-1-

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 2 | | By: /s/ Michelle W. Sadowsky |
| 3 | | Michelle W. Sadowsky |
| 4 | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

Hon. Charles R. Breyer
United States District Court