1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
                                              ) Case No. 06-5733 CRB
12 IN RE: BEXTRA AND CELEBREX                 )
   MARKETING SALES PRACTICES AND              ) MDL NO. 1699
13 PRODUCT LIABILITY LITIGATION               ) District Judge: Charles R. Breyer
                                              )
14 ─────────────────────────────              )
                                              )
15 Javier Hernandez,                          )
                                              ) **STIPULATION AND ORDER OF**
16                    Plaintiffs,             ) **DISMISSAL WITH PREJUDICE**
                                              )
17          vs.                               )
                                              )
18 Pfizer Inc., et al.                        )
                      Defendants.             )
19                                            )

20
       Come now the Plaintiffs, Javier Hernandez, and Defendants, by and through the
21
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
   stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
   each side bearing its own attorneys' fees and costs.
24

25
       DATED: Jan. 12, 2010         MATTHEWS & ASSOCIATES
26

27                                  By: _____
                                        David P. Matthews
28                                      *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michelle W. Sadowsky |
| | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE